IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                          No. 4:17-cr-180-DPM

LEON ANTWOINE DAVIS                                        DEFENDANT
Reg No. 34294-045

## ORDER

Davis moves to reduce his sentence based on amendments to the Sentencing Guidelines.   When he was sentenced, he received two criminal history points because he was on parole when he committed his new crime.   Davis would only receive one point under the amended Guidelines.   This change, however, does not affect his sentencing range.   He was a career offender, meaning he remains in criminal history category VI.   And, regardless, the Court varied from the Sentencing Guidelines and imposed a 132-month sentence.   Even after applying the amendment and disregarding Davis's status as a career offender, his guideline range—151 to 188 months—remains much higher than the sentence he received.   His motion, *Doc. 55*, is therefore denied.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_5 June 2024_