IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                         No. 4:17-cr-180-DPM

LEON ANTWOINE DAVIS                                         DEFENDANT
Reg No. 34294-045

## ORDER

Davis's motion, *Doc. 59*, is granted as modified. The Judgment, *Doc. 53*, is amended to reflect that Davis's name as Leo Antrawn Davis, aka "Leon Antwoine Davis" aka "Leo Davis" aka "Squeaky." Fed. R. Crim. P. 36. All other terms and conditions of the Judgment remain in effect. The Court directs the Clerk to update Davis's name on the docket.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 November 2025